# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Moussa Sacko<br><br>Debtor | 16-15151 ELF<br><br>Chapter 13 Proceeding |
| U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2013-C, MORTGAGE-BACKED NOTES, SERIES 2013-C<br><br>Movant<br><br>v.<br><br>Moussa Sacko<br>and<br>William C. Miller, Esquire<br><br>Respondents | |

## ORDER

AND NOW, this 22nd day of August, 2018, for the reasons stated in court, it is hereby **ORDERED** that s the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2013-C, MORTGAGE-BACKED NOTES, SERIES 2013-C and/or its successors and assigns to exercise its rights under its loan documents with regard to the property located at 7234 Paschall Avenue, Philadelphia, PA 19142 and obtain all other *in rem* relief available under the Non-Bankruptcy law.

~~Upon the order being granted and entered, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2013-C, MORTGAGE-BACKED NOTES, SERIES 2013-C shall have the continuing authority to contact the Debtor directly to determine intent regarding the property and/or to verify vacancy of the home.~~

It is further **ORDERED**, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further **ORDERED**, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

~~It is further **ORDERED**, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.~~

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**