**Fill in this information to identify the case:**

Debtor 1: Moussa Sacko
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court of the: Eastern District of Pennsylvania (State)
Case number: 16-15151 ELF

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE*   **Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: -041

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No.
☐ Yes. Date of last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously Approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) $ | |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. Attorney fees | | (3) $ | |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | | (5) $ | |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify: | | (10) $ | |
| 11. Other. Specify: Forbearance payment | May 2020 | (11) $ | 777.80 |
| 12. Other. Specify: Forbearance payment | June 2020 | (12) $ | 777.80 |
| 13. Other. Specify: Forbearance payment | July 2020 | (13) $ | 777.80 |
| 14. Other. Specify: Forbearance payment | August 2020 | (14) $ | 630.65 |
| 15. Other. Specify  Forbearance payment | September 2020 | (15) $ | 630.65 |
| | | (16) | |

page 1

Official Form 410S1    Notice of Mortgage Payment Change

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are queried to be paid. See 11 U.S.C. § 1322)b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Moussa | | Sacko | Case number (if known) | 16-15151 ELF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Jill Manuel-Coughlin, Esquire**       Date   09/16/2020
    Signature

| Print | Jill Manuel-Coughlin, Esq. / Harry B. Reese, Esq. / Sarah K. McCaffery, Esq. | Title | Attorney |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

Company   Powers Kirn, LLC

Address   8 Neshaminy Interplex, Suite 215
          Number        Street
          Trevose, PA    19053
          City             State    ZIP Code

Contact phone   215-942-2090       Email   bankruptcy@powerskirn.com

*U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2016-2, MORTGAGE-BACKED NOTES, SERIES 2016-2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Moussa Sacko<br><br>Debtor(s)<br><br><br>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2016-2, MORTGAGE-BACKED NOTES, SERIES 2016-2<br>Movant<br>v.<br>Moussa Sacko<br>Respondent | Case No.:  16-15151 ELF |

## CERTIFICATION OF SERVICE
## OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on September 16, 2020.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

| | |
|---|---|
| William C. Miller<br>1234 Market Street, Suite 1813<br>Philadelphia PA  19107<br>ecfemails@ph13trustee.com<br>Trustee | Roger V. Ashodian, Esquire<br>101 West Chester Pike<br>Ste. 1A<br>Havertown, PA  19083<br>rashodian@schollashodian.com;<br>ecf@schollashodian.com<br>Attorney for Debtor/Debtors |

Parties served via First-Class Mail:

Moussa Sacko
7234 Paschall Avenue
Philadelphia PA  19142
Debtor

| | |
|---|---|
| Dated:  September 16, 2020 | **/s/ Jill Manuel-Coughlin, Esquire**<br>POWERS KIRN, LLC<br>Jill Manuel-Coughlin, Esq.; Atty ID #63252<br>Harry B. Reese, Esq.; Atty ID #310501<br>Sarah K. McCaffery, Esq.; Atty ID #311728<br>8 Neshaminy Interplex, Suite 215<br>Trevose, PA  19053<br>Phone: 215-942-2090; Fax 215-942-8661<br>Email: bankruptcy@powerskirn.com<br>Attorneys for Creditor/Movant |

# PK
## Powers Kirn, LLC
Attorneys at Law

728 Marne Highway
Moorestown, NJ 08057
856.802.1000
*(New Jersey Office)*

**8 Neshaminy Interplex, Suite 215**
**Trevose, PA 19053**
**Phone: (215) 942-2090**
**Fax: (215) 942-8661**
*(Pennsylvania Office)*

16-1267

September 2, 2020

Moussa Sacko
7234 Paschall Avenue
Philadelphia PA  19142

RE:   Moussa Sacko
      Case No.:  16-15151 ELF

Dear Sir or Madam:

Enclosed please find a copy of a Notice of Postpetition Mortgage Fees, Expenses and Charges filed by U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2016-2, MORTGAGE-BACKED NOTES, SERIES 2016-2  in the above captioned matter.

Thank you for your attention in this matter.

Very truly yours,

Jill Manuel-Coughlin, Esquire
Harry B. Reese, Esquire
Sarah K. McCaffery, Esquire
For the Firm

JMC/samg
Enclosure
16-1267

cc:   William C. Miller (via ecf)
      Roger V. Ashodian, Esquire  (via ecf)

Moussa Sacko
7234 Paschall Avenue
Philadelphia PA  19142